UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Case No. 7:24-cr-01258-1 |
| | § | |
| VICTOR HUGO DE LA CRUZ | § | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

VICTOR HUGO DE LA CRUZ, Defendant, files this Notice of Appearance and hereby notifies the Court and all parties that JESUS "JESSE" CONTRERAS has been retained and is appearing as attorney of record in the above-referenced matter.

All communications from the clerk's or other counsel with respect to this cause of action shall be sent to the attorney in charge.

Respectfully submitted,

/s/ *Jesus Contreras*

*Jesus "Jesse" Contreras*
State Bar Number 00793142
Federal Bar Number 20907
*Jesse Contreras Law Firm*
5400 S. Jackson Rd.
Edinburg, Texas 78539
Ph. (956) 502-5777
Fax. (956) 307-5058
Email: office@jessecontreras.law

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on the following attorney of record or party on September 12, 2024.

Karla Alejandra Andrade
US Attorney's Office
600 E. Harrison St.
Ste 201
Brownsville, TX 78520
956-548-2554
Email: karla.andrade@usdoj.gov


/s/ *Jesus Contreras*
***Jesus "Jesse" Contreras***