# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                                   Case Number: 7:24–cr–01258

Victor Hugo de la Cruz

## Notice of Setting

**A proceeding has been set in this case as to Victor Hugo de la Cruz as set forth below.**

**BEFORE:**
**Magistrate Judge J Scott Hacker**

**LOCATION:**
Bentsen Tower
1701 W. Hwy. 83
McAllen, TX 78501
**DATE:** 9/18/2024

**TIME:** 01:00 PM

**TYPE OF PROCEEDING:** Arraignment

Date:    September 13, 2024                                            Nathan Ochsner, Clerk