IN THE UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **VS.** § | **CASE NO.: M-24-1258** |
| § | |
| **VICTOR HUGO DE LA CRUZ, JR.** § | |

**UNOPPOSED MOTION TO CONTINUE PRETRIAL AND JURY SELECTION**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES SANTOS MALDONADO, JR., Attorney** and files this his Unopposed Motion to Continue Final Pretrial and Jury Selection, on behalf of the Defendant VICTOR HUGO DE LA CRUZ, JR., and respectfully requests this Honorable Court to continue his Final Pretrial, January 31, 2025 at 9:00 a.m. and Jury Selection, February 4, 2025 at 9:00 a.m. for the following reason(s):

**I.**

Counsel for the Defendant is requesting additional time to resolve some issues and that the case be reset. Defendant's attorney is requesting that a Final Pretrial and Jury Selection in this case be reset for 30 days.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that this Honorable Court grant the Unopposed Motion to Continue Final Pretrial and Jury Selection for thirty (30) days or to a date convenient to the Court.

Respectfully Submitted,

**LAW OFFICE OF SANTOS MALDONADO, JR.**
**209 E. University**
**Edinburg, Texas 78539**
**Telephone No.: (956) 381-4600**
**Facsimile No.: (956) 381-4160**
**E-mail: santosmaldonado209@yahoo.com**

**BY: /s/Santos Maldonado, Jr.**
**SANTOS MALDONADO, JR., Attorney For Defendant**
**Federal ID No. 11813**
**State Bar No.: 12855263**

**CERTIFICATE OF SERVICE**

This is to certify that on this 29th day of January, 2025, a true and correct copy of the above and foregoing document was served on the Robert Searles Johnson, Asst. United States Attorney, Southern District of Texas, McAllen, Division, by electronic format.

/s/Santos Maldonado, Jr.
**SANTOS MALDONADO, JR.**

**CERTIFICATE OF CONFERENCE**

I have contacted Robert Searles Johnson, Assistant United States Attorney and he was unopposed to this request.

/s/Santos Maldonado, Jr.
**SANTOS MALDONADO, JR.**