United States District Court
Southern District of Texas
**ENTERED**
June 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | Criminal No. M-24-cr-1258 |
| RENE ADAN FLORES | § | |

### ORDER IMPOSING MONEY JUDGMENT

Defendant Rene Adan Flores pleaded guilty to Count One of the Indictment, admitting to engaging in a conspiracy to commit federal program bribery, in violation of Title 18, United States Code, Section 371.

The United States provided notice to the Defendant in the Indictment that pursuant to Title 18, United States Code, Section 981(a)(1)(C), the United States would seek to forfeit all property, real or personal, that constitutes or is derived from proceeds traceable to the conspiracy; and that the United States would seek a money judgment.

The Defendant agreed in the Plea Agreement that he obtained at least $2,000.00 from the criminal offense and that the factual basis of the guilty plea supports the forfeiture. The Defendant agreed to the imposition of a personal money judgment in that amount. The Defendant consented, in accordance with FED.R.CRIM.P. 32.2(b)(4)(A), to the order of forfeiture becoming final as to the Defendant immediately.

Having considered the plea agreement, the record and the applicable law, the Court ORDERS:

1. That Defendant Rene Adan Flores shall forfeit $2000.00 to the United States, and that a personal money judgment is hereby awarded in favor of the United States and against the Defendant in the same amount.

2. That pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, the United States may move to amend this Order at any time to forfeit the Defendant's property in substitution in accordance with Title 21, United States Code, Section 853(p).

This Order will be made part of the Defendant's sentence and included in the judgment against him.

Signed in McAllen, Texas, on the 3rd day of June 2025.

_____
Hon. Randy Crane
United States District Judge